# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

NOV 16 2006

CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA

v.

KATHLEEN DOCHERTY,
    Defendant.

Case Number CR 02-81150-03
Hon. John Feikens

## JUDGMENT IN A CRIMINAL CASE RE: RESENTENCING AS TO BOOKER
(For Offenses Committed On or After November 1, 1987)

The defendant, **KATHLEEN DOCHERTY**, was represented by BYRON PITTS

■ The defendant pleaded guilty to count(s) **1,2,3,4,5,6**.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:841 AND 846 | CONSPIRACY TO POSSESS AND DISTRIBUTE CONTROLLED SUBSTANCES | 12/2001 - 8/2002 | 1 |
| 21:841(a)(1) | DISTRIBUTION OF A CONTROLLED SUBSTANCE | 12/2001 - 8/2002 | 2,3 |
| 21:841(a)(1) and 18:2 | DISTRIBUTION OF A CONTROLLED SUBSTANCE; AIDING AND ABETTING | 12/2001 - 8/2002 | 4,5 |
| 21:841(a)1 and 18:2 | POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE; AIDING AND ABETTING | 12/2001 - 8/2002 | 6 |

The defendant is sentenced as provided in pages **2** through **6** of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed: NOV 16 2006 _____

**NOVEMBER 15, 2006**
Date of Imposition of Judgment - Resentencing

OCTOBER 31, 2003
Original Date of Judgment

_/s/ John Feikens_
John Feikens
United States District Judge

Defendant's SSN: 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
Defendant's Date of Birth: 5/20/1970
Defendant's USM No.: 30758-039
Defendant's Residence Address: **1695 WEST TROY; FERNDALE, MI 48220**

AO 245 S (Rev. 11/97) Sheet 2 - Imprisonment

Defendant: KATHLEEN DOCHERTY
Case Number: CR 02-81150-03

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **188 months on each count, to run concurrent** .
The costs of incarceration are waived due to the defendant's inability to pay.

- The Court makes the following recommendations to the Bureau of Prisons: THAT THE DEFENDANT PARTICIPATE IN THE BUREAU OF PRISONS COMPREHENSIVE DRUG TREATMENT PROGRAM.

- The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office.

**RETURN**

**I have executed this Judgment as follows:**

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 11/97) Sheet 3 - Supervised Release

Defendant: KATHLEEN DOCHERTY
Case Number: CR 02-81150-03

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years ON EACH COUNT, CONCURRENT**.

The costs of supervision are waived due to the defendant's inability to pay.

The defendant shall report to the probation office in the district to which the defendant is released within *72 hours* of release from the custody of the Bureau of Prisons.

- The defendant shall not commit another federal, state or local crime.

- The defendant shall not illegally posses a controlled substance.

### FOR OFFENSES COMMITTED ON OR AFTER SEPTEMBER 13, 1994

*The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.*

- The defendant shall not own or possess a firearm, destructive device, or dangerous weapon as defined in 18 U.S.C. § 921.

If this judgment imposes a fine, or a restitution obligation, it shall be a condition of supervised release that the defendant pay, as directed by the Probation Office, any such fine, assessments, costs, or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with any additional conditions as listed on the attached page entitled special conditions of supervision

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 11/97) Sheet 3 - Supervised Release - Special Conditions

Defendant: KATHLEEN DOCHERTY
Case Number: CR 02-81150-03

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program approved by the Probation Department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

AO 245 S (Rev. 11/97) Sheet 5, Part A - Criminal Monetary Penalties

Defendant: KATHLEEN DOCHERTY
Case Number: CR 02-81150-03

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 600.00 (100.00 ON EACH COUNT) | $ 0.00 | $ 0.00 |
| If applicable, restitution amount ordered pursuant to plea agreement | | | $0.00 |

++Per the Preliminary Order of Forfeiture, filed October 8, 2003, the following property is subject to forfeiture pursuant to 21 USC 853: One 1995 Ford Taurus, VIN #1FALP52U9SG116223.

AO 245 S (Rev. 3/96) Sheet 5, Part B - Criminal Monetary Penalties

Defendant: KATHLEEN DOCHERTY
Case Number: CR 02-81150-03

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties

PAYMENT OF TOTAL FINE AND OTHER CRIMINAL MONETARY PENALTIES SHALL BE DUE AS FOLLOWS:

- IN FULL IMMEDIATELY.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk of the Court, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States Attorney.